## Hirsch *v.* Hirsch, Appellant.

*Appeals—Quashing appeal—No final decree—Divorce.*

An appeal in a divorce case will be quashed where the record in the case fails to show any opinion by the court below or a final decree entered.

Argued Nov. 10, 1916.   Appeal, No. 111, Oct. T., 1916, by defendant, from alleged decree of C. P. No. 5, Phila-

54, (1917).]    Statement of Facts—Opinion of the Court.
delphia Co., June T., 1915, No. 1659, awarding divorce
in case of Frederick J. Hirsch v. Georgianna Hirsch.
Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEP-
HART, TREXLER and WILLIAMS, JJ.    Appeal quashed.

Libel for divorce.

The record contained the master's report recommend-
ing a divorce, but no final decree or opinion of the court
below.

*Error assigned* was in the following form:

The learned court below erred in entering a decree ap-
proving the master's report and dismissing the excep-
tions thereto.

Exceptions dismissed.

*Everett A. Schofield,* for appellant.

*Louis Hutt* and *J. Frederick Martin,* for appellee.

PER CURIAM, March 13, 1917:

The record in this case fails to show any opinion by
the court below, or a final decree entered.

The appeal is quashed.